McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
JOSEPH M. COOK
Certified Law Student
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>  )<br>SHERRI ANN HERNDON,  )<br>  )<br>            Defendant.  )<br>_____) | Cr. No. S-02-099 JFM<br><br>PROBATION REVOCATION PETITION<br>AND NOTICE OF HEARING<br><br>DATE: September 5, 2007<br>TIME: 11:00 a.m.<br>JUDGE: Hon. John F. Moulds |

    On August 22, 2002, defendant Sherri Ann Herndon, was sentenced based on her conviction for a violation of Title 18, United States Code, Section 641 - Theft of Government Property. As part of the original sentence, Herndon was ordered to pay restitution in the amount of $10,006.28, a fine in the amount of $1,000.00 and a special assessment of $25.00.  Herndon was also sentenced to a term of 60 months supervised probation.  On December 22, 2006, Herndon's sentence was modified to allow court probation in lieu of supervised probation.  On July 5, 2007, Herndon's sentence was modified again as this Court ordered that all terms of court probation remain in effect and ordered the

additional terms as follows:
1. The defendant shall make a payment of $600.00 on or before July 26, 2007;
2. The defendant shall complete the U.S. Attorney's Financial Litigation Unit Financial Statement form and return the form to the U.S. Attorney's Office by July 12, 2007.

The United States alleges that Herndon has violated these amended conditions of probation as follows:
1. The defendant did not make a $600.00 payment, nor any payment by July 26, 2007;
2. The defendant returned an incomplete Financial Statement form to the U.S. Attorney's Office, when offered an opportunity to correct her omissions, the defendant did not do so.

At the July 5, 2007 hearing, Herndon represented to the court that she would make a $600.00 payment to the court. Based on this representation, the court modified the sentence by ordering Herndon to make a $600.00 payment by July 26, 2007. Herndon informed her counsel that she made the payment. Herndon's counsel relayed this information to the prosecutor on July 27, 2007. The records of the Clerk of the Court indicate that, as of July 31, 2007, no payment has been made. See attached Exhibit 1.

Herndon was also ordered to complete a Financial Statement Form and return it the United States Attorney's Financial Litigation Unit. The Court imposed this condition because Herndon has an outstanding fine and restitution balance exceeding $8,700, which is unlikely to be paid before the termination of

1 Herndon's five-year term of probation.  Herndon was ordered to
2 return the form by July 12, 2007.  Herndon returned the form on
3 July 17, 2007.

4 　　　The prosecutor in this case was informed by the Financial
5 Litigation Unit that the form was lacking substantial information,
6 and did not include any of the required supporting documentation.
7 The government contacted Herndon's counsel, regarding the
8 omissions on the form and the lack of documentation, the
9 government provided Herndon with a photocopied version of the
10 form, highlighting areas that needed to be completed and basic
11 documents which needed to be attached to the Financial Statement.

12 　　　Herndon's counsel relayed this information to Herndon.
13 Herndon's counsel reported back to the prosecutor that the form,
14 was to the best of the Herndon's knowledge, complete.

15 　　　The United States maintains that Herndon has not completed
16 the Financial Statement, and is therefore in violation of this
17 Court's order, and Herndon's terms of court probation.
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

The United States therefore petitions the Court to place this matter on its calendar for 11:00 a.m. on Wednesday, September 5, 2007, to allow the defendant to show cause why the probation granted on August 22, 2002, and modified on December 22, 2006, and July 5, 2007, should not be revoked.

DATED: August 1, 2007

>                                    Respectfully Submitted,
>
>                                    McGREGOR W. SCOTT
>                                    United States Attorney
>
>                               By:  /s/ Matthew Stegman
>                                    by Samuel Wong
>                                    MATTHEW C. STEGMAN
>                                    Assistant U.S. Attorney

ORDER

Based on the foregoing allegations, and the good cause appearing therefrom, it is hereby ordered that the defendant appear on **Wednesday, September 5, 2007**, at 11:00 a.m., to show cause why the probation granted on August 22, 2002, and subsequently modified, should not be revoked.

IT IS SO ORDERED.

Dated: August 14, 2007.

UNITED STATES MAGISTRATE JUDGE

/herndon.rev2